NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORMAN DOUGLAS DIAMOND,**
*Plaintiff-Appellant,*

AND

**ZAIDA GOLENA DEL ROSARIO,**
*Plaintiff,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5088

---

Appeal from the United States Court of Federal Claims in No. 13-cv-0292-SGB, Judge Susan G. Braden.

---

**O R D E R**

Norman Douglas Diamond filed only a confidential version of the attachments for his opening brief.  The court notes that it appears that some of the information has been redacted.  Under the court's rules, Diamond must file both a confidential and a non-confidential version of the attachments.  Fed. Cir. R. 28(d)(1).

2                                                                                    DIAMOND v. US

Accordingly,

IT IS ORDERED THAT:

Pursuant to Fed. Cir. R. 28(d)(1), Diamond must file both a confidential and non-confidential version of his attachments within 21 days of the date of this order. The confidential version must not contain any redactions. The non-confidential version must have the confidential matter deleted and each page from which the confidential matter has been deleted must bear a legend stating so in accordance with Fed. Cir. R. 28(d)(1)(B). Failure to do so will result in the removal of the confidential status of the attachments currently on the court's docket.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26